# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CECILIA KORNFEIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Removed from 2018 L 002517 |
| ) | |
| TARGET CORPORATION ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

TARGET CORPORATION, the Defendant in the above entitled cause, seeks removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1. This action was commenced against TARGET CORPORATION and TARGET WILSON YARD QALICB, LLC, in the Circuit Court of Cook County, Illinois on 3/8/18. A copy of Plaintiff's Complaint was served upon Defendant TARGET CORPORATION on 3/13/18.

2. TARGET WILSON YARD QALICB, LLC was incorrectly named as a Defendant in the original Complaint as it had been withdrawn in Illinois as of 5/19/16. Defense counsel informed Plaintiff's attorney that the entity was incorrectly named on 4/3/18 and he agreed to voluntarily dismiss it at the initial State Court Case Management Conference on 5/8/18. TARGET WILSON YARD QALICB, LLC was voluntarily dismissed by Plaintiff on 5/8/18. Accordingly, the case now remains pending solely against TARGET CORPORATION.

3. At the time the action was commenced and since then, upon information and belief, the Plaintiff was and is a citizen of the County of Cook, State of Illinois and Defendant, TARGET CORPORATION, was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

4. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Complaint. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff, CECILIA KORNFEIND, allegedly suffered diverse injuries, both internally and externally, of a permanent and lasting nature, which have caused and will continue to cause pain in body and mind; the Plaintiff was caused to expend and in the future will be compelled to expend large sums of money for medical care in endeavoring to be cured of said injuries; and the Plaintiff was caused to and did lose much time from her employment, thereby incurring losses of large sums of money; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties. In her Complaint, Plaintiff has also demanded judgment against Defendant in an amount in excess of $50,000.00 Additionally, Plaintiff's attorney informed defense counsel on 5/7/18 that Plaintiff has incurred approximately $50,000.00 in medical bills, but noted that they are subject to increase as surgery has been recommended.

5. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

6. Defendant attaches to this notice copies of all process, pleadings, and orders that have been served on it. (A copy of which are attached hereto and incorporated by reference in this Notice as Exhibit "B").

WHEREFORE, Defendant, TARGET CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

**BRYCE DOWNEY & LENKOV LLC**

TARGET CORPORATION,

By: s:/*Christopher M. Puckelwartz*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

      Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for the Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

                                                **BRYCE DOWNEY & LENKOV LLC**

                                                TARGET CORPORATION,

                                  By:    *s:/Christopher M. Puckelwartz*
                                                 One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com