**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CECILIA KORNFEIND, )<br>)<br>    Plaintiff, )<br>)<br>    )<br>)<br>v. )<br>)<br>TARGET CORPORATION, )<br>)<br>    Defendant. ) | Case No.: 1:18-cv-03663<br><br>Honorable Matthew F. Kennelly |

**STIPULATION TO DISMISS**

All matters in dispute between Plaintiff, CECILIA KORNFEIND, and Defendant, TARGET CORPORATION, in the above-entitled cause have been satisfactorily compromised and settled.

IT IS HEREBY STIPULATED AND AGREED by and between said parties, by their respective attorneys, that the said cause may be dismissed with prejudice, without costs to either party, all costs having been paid. IT IS FURTHER STIPULATED AND AGREED, that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

IT IS FURTHER STIPULATED AND AGREED that said dismissal be a bar to the bringing of any action based on or including the claim for which this action has been brought.

WHEREFORE, the parties hereto pray that the court enter an order dismissing Plaintiff's complaint with prejudice with respect to her claims against Defendant.

*s/Brett N. Kaplan*
Brett N. Kaplan, Esq.
Attorney for Plaintiff


*s/Christopher M. Puckelwartz*
Christopher M. Puckelwartz, Esq.
Attorney for Defendant

_____
JUDGE

_____
ENTERED

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically filed **Defendant's Stipulation to Dismiss,** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Brett N. Kaplan
Sherwood Law Group, LLC
218 N. Jefferson, Suite #401
Chicago, IL 60661
P: 312-627-1650
F: 312-648-9503
E: bnk@sherwoodlawgroup.com

/s*/Christopher M. Puckelwartz*
One of Defendant's Attorneys
